# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-15220-MDC

ANTHONY HERNANDEZ
JOY HERNANDEZ
17 West Farnum

Lancaster, PA 17603

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANTHONY HERNANDEZ
    JOY HERNANDEZ
    17 West Farnum

    Lancaster, PA 17603

**Counsel for debtor(s), by electronic notice only.**
    ALAINE GRBACH
    675 ESTELLE DR

    LANCASTER, PA 17601-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller
Date: 9/26/2016

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee