UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY HERNANDEZ						Chapter 13
JOY HERNANDEZ

			Debtor		Bankruptcy No. 16-15220-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___2nd___ day of ___February___, 201?, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAINE GRBACH
675 ESTELLE DR

LANCASTER, PA 17601-


Debtor:
ANTHONY HERNANDEZ
JOY HERNANDEZ
17 WEST FARNUM

LANCASTER, PA 17603