```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                              Case No. 16-15220-mdc
Anthony Hernandez                                                   Chapter 13
Joy Hernandez
       Debtors               CERTIFICATE OF NOTICE
District/off: 0313-2          User: JeanetteG              Page 1 of 2              Date Rcvd: Feb 03, 2017
                              Form ID: pdf900              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db/jdb         +Anthony Hernandez,   Joy Hernandez,   17 West Farnum,   Lancaster, PA 17603-5305
13765141        APOTHAKER SCIAN P.C.,   DAVID J. APOTHAKER, ESQUIRE,   520 FELLOWSHIP ROAD C306,   PO BOX 5496,
                 Mount Laurel, NJ 08054-5496
13765139       +Allfirst Bank,   7495 New Horizon W,   Frederick, MD 21703-8388
13765140       +Apex Asset,   1891 Santa Barbara,   Lancaster, PA 17601-4106
13765142      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                 Norcross, GA 30091)
13765143       +Capital 1 Bank,   Attn: General Correspondence,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
13765144       +Cbc/aes/keystone Best,   1200 N. 7th Street 4th Flooret,   Harrisburg, PA 17102-1419
13765146        DEPARTMENT L & I,   36 EAST GRANT STREET,   Lancaster, PA 17602-2831
13796248        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13765147       +Equiant Financial Svcs,   4343 N Scottsdale Rd Ste,   Scottsdale, AZ 85251-3343
13765148       +Fia Csna,   Po Box 26012,   Nc4-105-02-77,   Greensboro, NC 27420-6012
13765150       +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
13765149       +Financial Recoveries,   800 Kings Hwy N,   Cherry Hill, NJ 08034-1511
13765151       +Holloway Credit Soluti,   Po Box 230609,   Montgomery, AL 36123-0609
13765153       +KML LAW GROUP, P.C.,   SUITE 5000 BNY MELLON INDEPENDENCE CENTE,   701 MARKET STREET,
                 Philadelphia, PA 19106-1538
13797615       +Lancaster Gen Hospital,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
                 Dallas, TX 75380-0849
13765160      ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
                 (address filed with court: Nco Fin /99,   Pob 41466,   Philadelphia, PA 19101)
13765158       +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
13765159       +Nationwide,   2015 Vaughn Rd,   Kennesaw, GA 30144-7802
13765162       +P H E A A/H C B,   1200 N. 7th Street 4th Floor,   Harrisburg, PA 17102-1419
13765163       +P H E A A/h C B,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
13765164       +Rjm Acq Llc,   575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
13765165        The Affiliated Group I,   316 1st Ave Sw,   Rochester, MN 55902
13765166       +The Honorable John C. Winters,   641 Union Street,   Lancaster, PA 17603-5508
13776854        Wells Fargo Bank N.A.,   d/b/a Wells Fargo Dealer Services,   PO Box 9657,
                 Irvine CA   92623-9657
13765167       +Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 04 2017 03:44:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 03:42:59
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2017 03:43:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13812179        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2017 03:23:02
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Reimbursement,
                 Technologies, Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13766510       +E-mail/Text: bankruptcy@cavps.com Feb 04 2017 03:43:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13765145       +E-mail/Text: bkrnotice@prgmail.com Feb 04 2017 03:43:36      Dba Paragon Revenue Gr,
                 Po Box 126,   Concord, NC 28026-0126
13765152       +E-mail/Text: bankruptcy@icsystem.com Feb 04 2017 03:44:42      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
13765154       +E-mail/Text: csd1clientservices@cboflanc.com Feb 04 2017 03:44:40      Lancaster Collections,
                 218 W Orange St,   Lancaster, PA 17603-3746
13765155       +E-mail/Text: csd1clientservices@cboflanc.com Feb 04 2017 03:44:40      Lancaster Collections,
                 Credit Bureau of Lancaster County,   Po Box 1271,   Lancaster, PA 17608-1271
13765156        E-mail/Text: camanagement@mtb.com Feb 04 2017 03:42:42      M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
13774497        E-mail/Text: camanagement@mtb.com Feb 04 2017 03:42:42      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13765157       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 04 2017 03:43:36      Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13765161       +E-mail/Text: egssupportservices@egscorp.com Feb 04 2017 03:43:49      NCO Financial Systems,
                 507 Prudential Rd,   Horsham, PA 19044-2308
13773375        E-mail/Text: bkrcy@ugi.com Feb 04 2017 03:44:47      UGI Utilities, Inc.,   P.O. Box 13009,
                 Reading, PA 19612
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Feb 03, 2017
                              Form ID: pdf900              Total Noticed: 40
```

           ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Debtor Anthony  Hernandez avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Joint Debtor Joy  Hernandez avgrbach@aol.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY HERNANDEZ                           Chapter 13
JOY HERNANDEZ

                Debtor         Bankruptcy No. 16-15220-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAINE GRBACH
675 ESTELLE DR

LANCASTER, PA 17601-


Debtor:
ANTHONY HERNANDEZ
JOY HERNANDEZ
17 WEST FARNUM

LANCASTER, PA 17603