## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Anthony Hernandez, Joy Hernandez, Debtor(s)

Case No. 16-15220
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, a copy of Debtors' Motion to Reinstate their Bankruptcy, Proposed Order and Notice of Hearing was served electronically or by regular United States mail to all interested parties, all enotice parties, the Trustee and all creditors listed below.

- Allfirst Bank
- Apex Asset
- APOTHAKER SCIAN P.C.
- Capital 1 Bank
- Cbc/aes/keystone Best
- Dba Paragon Revenue Gr
- DEPARTMENT L & I
- Equiant Financial Svcs
- Fia Csna
- Financial Recoveries
- Holloway Credit Soluti
- I C System Inc
- KML LAW GROUP, P.C.
- Lancaster Collections
- M & T Bank
- Midland Funding
- National Recovery Agen
- Nationwide
- Nco Fin /99
- P H E A A/H C B
- The Affiliated Group I
- Wfs Financial/Wachovia Dealer Srvs

/s/Alaine V. Grbach
Alaine V. Grbach 45485
Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402 Fax:1-866-928-4707
avgrbach@aol.com