# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Anthony Hernandez, Joy Hernandez, Debtor(s)

Case No. 16-15220
Chapter 13

## PRAECIPE TO WITHDRAW MOTION TO RECONSIDER DISMISSAL

TO THE CLERK OF THIS HONORABLE COURT:

Kindly withdraw the above Motion.

Respectfully submitted,

Date: June 13, 2017

Attorney: /s/ Alaine V. Grbach
Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402
Fax: 1-866-928-4707
avgrbach@aol.com